# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:17-mj-00142-GWF |
| vs. | **ORDER** |
| JAMES WORTHEN, | |
| Defendant. | |

This matter is before the Court on the Government's Motion to Dismiss Criminal Complaint (ECF No. 44), filed on January 2, 2018.

The Government represents that Defendant James Worthen died on October 26, 2017. In support, the Government attached a copy of Mr. Worthen's death certificate to its motion. Because Mr. Worthen is no longer alive, the Government seeks to dismiss the instant criminal complaint pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Court finds that the Government has provided good cause to warrant an order granting its request. Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss Criminal Complaint (ECF No. 44) is **granted**.

DATED this 3rd day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge